CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED

MAR 28 2016

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| EDGAR DWAYNE SAWYERS,<br>　　Plaintiff, | ) ) ) | Civil Action No. 7:16-cv-00094 |
| v. | ) ) | **ORDER** |
| CAPT. BRIAN PARKS, <u>et al.</u>,<br>　　Defendants. | ) ) ) | By:　Hon. Jackson L. Kiser<br>　　　Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 28th day of March, 2016.

　　　　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　　　　Senior United States District Judge